UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APG SECURITY-RI, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEVENS TREATMENT & RECOVERY )<br>CENTER, LLC, d/b/a TARAVISTA )<br>BEHAVIORAL HEALTH CENTER, )<br>)<br>Defendant. ) | Civil Action No. 1:19-cv-11954-IT |

### Order

March 3, 2020

TALWANI, D.J.

The United States Marshals Service effectuated service of process of this court's Writ of Trustee Process [#18] and related Order [#19] on Trustee Washington Trust Company on February 4, 2020. See Process Receipt and Return [#22].

The court has now denied Defendant Devens Treatment & Recovery Center, LLC's Motion for Dissolution of Trustee Process [#24]. Accordingly, the Trustee shall deliver no later than March 5, 2020, the identified assets, up to the amount of $114,483.43 plus an amount sufficient to cover interest at 1.55% per annum since January 13, 2020, to counsel for Plaintiff APG Security-RI, LLC: Nicole M. Matteo, Pierce Atwood LLP, One Financial Plaza, 26th Floor, Providence, Rhode Island, 02903.

Plaintiff's counsel shall promptly serve a copy of this order on the Trustee.

/s/ Indira Talwani
United States District Judge